# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| PAIGE MITCHELL,           )<br>                           )<br>    Plaintiff,             )<br>                           )<br> v.                        )<br>                           )<br> TEMPOE, LLC d/b/a WHYNOT LEASING, LLC )<br> and WHY NOT LEASE IT      )<br>    Defendant.             ) | Case No. 4:16-cv-04173-SLD-JEH<br><br>Hon. Judge Sara Darrow<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff, PAIGE MITCHELL, by and through her attorney, and hereby notifies the Court, pursuant to Local Rule 16.1(C) that the parties have reached a settlement to the above-captioned matter. The parties anticipate they will be able to submit a Stipulation of Dismissal with Prejudice within the next 35 days. The parties respectfully request the Court remove this matter from its active docket and grant the parties until December 8, 2016 to file a formal Stipulation of Dismissal.

RESPECTFULLY SUBMITTED,

PAIGE MITCHELL

By:   /s/ David B. Levin
      Attorney for Plaintiff

David B. Levin
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 West Jackson, Suite 1700
Chicago, IL 60604
Phone: (312) 212-4355
Fax: (866) 633-0228
dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

    I, David B. Levin, hereby certify that, on November 3, 2016, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                      /s/ David B. Levin
                                      Attorney for Plaintiff