## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| PAIGE MITCHELL, ) | |
| ) | Case No. 4:16-cv-04173-SLD-JEH |
| Plaintiff, ) | |
| ) | Hon. Judge Sara Darrow |
| v. ) | |
| ) | |
| TEMPOE, LLC d/b/a WHYNOT LEASING, LLC ) | |
| and WHY NOT LEASE IT ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, PAIGE MITCHELL, and Defendant, TEMPOE, LLC d/b/a WHYNOT LEASING, LLLC and WHY NOT LEASE IT, by and through their respective attorneys, hereby stipulate to the dismissal of the within complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved to the mutual satisfaction of the parties. Each party shall bear its own costs and attorneys' fees.

By:  /s/ David B. Levin
Attorney for Plaintiff
Law Offices of Todd M. Friedman P.C.
111 West Jackson, Suite 1700
Chicago, IL 60604
Phone: (312) 212-4355
Fax: (866) 633-0228
dlevin@toddflaw.com

By:  /s/ David J. Kaminskit
Attorney for Defendant
Brooks Law Firm, P.C.
3725 Blackhawk Road, Suite 200
Rock Island, IL 51201
Phone: (309) 786-4900
Fax: (309) 786-4940
JDB@brookslawfirmpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2016, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff